\*ORDER\*

RECEIVED
OCT 17 2018
AT 8:30  12:25  /bK  M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JURISDICTION

| | |
|---|---|
| Manuel Lampon-Paz, et al.<br><br>Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br><br>Defendant | Case No.: 2-16-cv-09071 KM-JBC<br><br>REQUEST: FOR THE COURT TO ORDER THE CLERK TO FILE DEFAULT JUDGEMENT |

## REQUEST: THAT THE COURT ORDER THE CLERK TO FILE DEFAULT JUDGEMENT

I am requesting that the court order the clerk to file default judgement in accordance to FRCP Rule 55. An individual, Jackie, of the clerk's office has informed me that a default judgement would not be entered due to the fact that docket entry states Attorney General for the State of New Jersey. The clerk questions whether the nomenclature refers to the NJ Attorney General or the U.S. Attorney General for the District of NJ. The address and where the package was delivered clearly reference the Attorney General for the State of NJ and not the U.S. Attorney General for the District of NJ.

REQUEST: FOR THE COURT TO ORDER THE CLERK TO FILE DEFAULT JUDGEMENT - 1

Respectfully,

*(signature)*

s/Manuel Lampon-Paz

10/17/2018

\* plaintiff's motions/requests for the entry of default and/or default judgment [Dkt. Nos. 117, 118] are DENIED because there is no indication that the State of New Jersey has been properly served in accordance with the Federal Rules of Civil Procedure.

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 10/18/2018

REQUEST: FOR THE COURT TO ORDER THE CLERK TO FILE DEFAULT JUDGEMENT - 2